# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 30 PM 4: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| CURTIS LEE O'NEAL, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| T. C. OUTLAW, | CASE NO: 2:04cv2886-B |
| Respondent | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk To Enter Judgment entered on November 29, 2005, this cause is hereby dismissed.

APPROVED:

/s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/30/05
Date

THOMAS M. GOULD
Clerk of Court

/s/ Earline Drayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02886 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Curtis Lee O'Neal
FCI-MEMPHIS
10868-057
P.O. Box 34550
Memphis, TN 38184--055

Honorable J. Breen
US DISTRICT COURT